# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fricke, Theresa L. | U.S. District Court for the Western District of Washington | 12/05/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge(active full-time) | ☐ Nomination Date <br> ☑ Initial ☐ Annual ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2016 <br> to <br> 06/15/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
1717 Pacific Ave.
Tacoma, Wa. 98402
Room 3100

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 12/05/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Washington State Attorney General W-2 Wages | $108,235.50 |
| 2. 2017 | Washington State Attorney General W-2 Wages | $24,368.81 |
| 3. 2015 | Washington State Attorney General W-2 Wages | $102,411.96 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Hester Law Group, Inc, P.S. W-2 Wages |
| 2. 2017 | Hester Law Group, Inc. P.S. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 12/05/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CHASE | VISA | J |
| 2. | CHASE | MASTERCARD | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 12/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE #1(H) | | | | | | | | | |
| 2. JP MORGAN US GOVERNMENT MM FUND(QVESQ) | A | Dividend | J | T | Exempt | | | | |
| 3. BLACKROCK FDS(BRMKX) | A | Dividend | J | T | | | | | |
| 4. BLACKROCK INDEX FDS INC(BTMKX) | B | Dividend | K | T | | | | | |
| 5. BROWN ADVISORY FDS(BAFHX) | A | Dividend | J | T | | | | | |
| 6. DODGE & COX FUNDS(DODFX) | A | Dividend | J | T | | | | | |
| 7. HARRIS ASSOC INVT TR(OANMX) | A | Dividend | J | T | | | | | |
| 8. ISHARES INC(EWJ) | A | Dividend | J | T | | | | | |
| 9. ISHARES MSCI EAFE EFT(EFA) | A | Dividend | J | T | | | | | |
| 10. JPMORGAN TR I(JMUEX) | A | Dividend | K | T | | | | | |
| 11. MASSACHUSETTS INVESTORS(MITIX) | A | Dividend | J | T | | | | | |
| 12. MFS RESEARCH(MRSIX) | A | Dividend | K | T | | | | | |
| 13. SPDR S&P 500 EFT TRUST(SPY) | B | Dividend | K | T | | | | | |
| 14. VANGUARD INDEX TR(VFIAX) | B | Dividend | L | T | | | | | |
| 15. VANGUARD INTL EQUITY(VGK) | A | Dividend | J | T | | | | | |
| 16. AMERICAN CENTURY(AXBIX) | B | Dividend | K | T | | | | | |
| 17. BERNSTEIN SANFORD C FD(AIDYX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 12/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BLACKROCK MUN BD FD INC(BNMLX) | A | Dividend | K | T | | | | | |
| 19. JOHN HANCOCK INCOME FUND(JSTIX) | A | Dividend | K | T | | | | | |
| 20. JPMORGAN TR II(OHYFX) | A | Dividend | J | T | | | | | |
| 21. JPMORGAN TR II(JIMIX) | A | Dividend | K | T | | | | | |
| 22. LORD ABBETT INVT TR(LOLDX) | A | Dividend | K | T | | | | | |
| 23. MAINSTAY HIGH YIELD(MHYIX) | C | Dividend | K | T | | | | | |
| 24. PIMCO LOW DURATION FUND(PTLDX) | B | Dividend | L | T | | | | | |
| 25. PIMCO TOTAL RETURN FUND(PTTRX) | A | Dividend | K | T | | | | | |
| 26. ROWE T PRICE INTL FDS INC(PRXIX) | B | Dividend | J | T | | | | | |
| 27. T ROWE PRICE SUMMIT(PRSMX) | B | Dividend | K | T | | | | | |
| 28. CHECKING AND SAVINGS ACCOUNTS(H) | | | | | | | | | |
| 29. JPMORGAN CHASE BANK, N.A. | A | Interest | K | T | | | | | |
| 30. JPMORGAN CHASE BANK, N.A. | A | Interest | J | T | | | | | |
| 31. JPMORGAN CHASE BANK, N.A. | A | Interest | N | T | | | | | |
| 32. BROKERAGE #2 SEP(H) | | | | | | | | | |
| 33. JP Morgan US Government Money Market Fund(QVESQ) | A | Dividend | J | T | | | | | |
| 34. Abbot Laboratories(ABT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fricke, Theresa L. | 12/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Accenture PLC Ireland(ACN) | A | Dividend | J | T | | | | | |
| 36. Adobe Systems Inc(ADBE) | A | Dividend | J | T | | | | | |
| 37. Agilent Technologies Inc(A) | A | Dividend | J | T | | | | | |
| 38. Alexion Pharmaceuticals(ALXN) | A | Dividend | J | T | | | | | |
| 39. Allegion Public Limited(ALLE) | A | Dividend | J | T | | | | | |
| 40. Allergan PLC(AGN) | A | Dividend | J | T | | | | | |
| 41. Alphabet Inc - Class A(GOOGL) | A | Dividend | J | T | | | | | |
| 42. Alphabet Inc - Class C(GOOG) | A | Dividend | J | T | | | | | |
| 43. Amazon.com Inc(AMZN) | B | Dividend | J | T | | | | | |
| 44. American International(AIG) | A | Dividend | J | T | | | | | |
| 45. Anadarko Petroleum Corp(APC) | A | Dividend | J | T | | | | | |
| 46. Analog Devices Inc(ADI) | A | Dividend | J | T | | | | | |
| 47. Apple Inc(AAPL) | B | Dividend | J | T | | | | | |
| 48. AT&T Inc(T) | A | Dividend | J | T | | | | | |
| 49. Bank of New York Mellon Corp(BK) | A | Dividend | J | T | | | | | |
| 50. Bank of America Corp(BAC) | A | Dividend | J | T | | | | | |
| 51. Berkshire Hathaway Inc(BRKB) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 12/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Biogen Inc(BIIB) | A | Dividend | J | T | | | | | |
| 53. Blackrock Inc(BLK) | A | Dividend | J | T | | | | | |
| 54. Blackrock Index FDS Inc(BTMKX) | B | Dividend | K | T | | | | | |
| 55. Boston Scientific Corp(BSX) | A | Dividend | J | T | | | | | |
| 56. Bristol Myers Squibb Co(BMY) | A | Dividend | J | T | | | | | |
| 57. Broadcom Limited(AVGO) | B | Dividend | J | T | | | | | |
| 58. Brown Advisory FDS(BAFHX) | B | Dividend | J | T | | | | | |
| 59. Causeway Cap Mgmt Tr(CIVIX) | A | Dividend | J | T | | | | | |
| 60. Celgene Corp(CELG) | A | Dividend | J | T | | | | | |
| 61. Charles Schwab Corp New(SCHW) | A | Dividend | J | T | | | | | |
| 62. Charter Communications(CHTR) | A | Dividend | J | T | | | | | |
| 63. Chubb LTD(CB) | A | Dividend | J | T | | | | | |
| 64. Citigroup Inc(C) | A | Dividend | J | T | | | | | |
| 65. CMS Energy Corp(CMS) | A | Dividend | J | T | | | | | |
| 66. Comcast Corp(CMCSA) | A | Dividend | J | T | | | | | |
| 67. Concho Resources Inc(CXO) | A | Dividend | J | T | | | | | |
| 68. Delphi Automotive PLC(DLPH) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 12/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Diamondback Energy Inc(FANG) | A | Dividend | J | T | | | | | |
| 70. Dish Network Corp(DISH) | A | Dividend | J | T | | | | | |
| 71. Dodge & Cox Funds(DODFX) | A | Dividend | J | T | | | | | |
| 72. Dow Chemical Company(DOW) | A | Dividend | J | T | | | | | |
| 73. E I DuPont De Nemours(DD) | A | Dividend | J | T | | | | | |
| 74. Eastman Chemical Co(EMN) | A | Dividend | J | T | | | | | |
| 75. Eli Lilly & Co(LLY) | A | Dividend | J | T | | | | | |
| 76. Eog Res Inc(EOG) | A | Dividend | J | T | | | | | |
| 77. Eqt Corporation(EQT) | A | Dividend | J | T | | | | | |
| 78. Facebook Inc(FB) | A | Dividend | J | T | | | | | |
| 79. Fidelity National(FIS) | A | Dividend | J | T | | | | | |
| 80. General Dynamics Corp(GD) | A | Dividend | J | T | | | | | |
| 81. General Electric Company(GE) | A | Dividend | J | T | | | | | |
| 82. Gilead Sciences Inc(GILD) | A | Dividend | J | T | | | | | |
| 83. Goldman Sachs Group Inc(GS) | A | Dividend | J | T | | | | | |
| 84. Hartford Financial(HIG) | A | Dividend | J | T | | | | | |
| 85. Home Depot Inc(HD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 12/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Honeywell Intl Inc(HON) | A | Dividend | J | T | | | | | |
| 87. Humana Inc(HUM) | A | Dividend | J | T | | | | | |
| 88. Ingersoll Rand PLC(IR) | A | Dividend | J | T | | | | | |
| 89. Intercontinental Exchange(ICE) | A | Dividend | J | T | | | | | |
| 90. iShares Inc(EWJ) | B | Dividend | J | T | | | | | |
| 91. iShares MSCI EAFE ETF(EFA) | A | Dividend | J | T | | | | | |
| 92. KeyCorp New(KEY) | A | Dividend | J | T | | | | | |
| 93. Kraft Heinz Company(KHC) | A | Dividend | J | T | | | | | |
| 94. Lowes Companies Inc(LOW) | A | Dividend | J | T | | | | | |
| 95. Martin Marietta(MLM) | A | Dividend | J | T | | | | | |
| 96. Masco Corp(MAS) | A | Dividend | J | T | | | | | |
| 97. Mastercard Incorporated(MA) | A | Dividend | J | T | | | | | |
| 98. Merck & Co Inc(MRK) | A | Dividend | J | T | | | | | |
| 99. MetLife Inc(MET) | A | Dividend | J | T | | | | | |
| 100. MFS Research(MRSIX) | A | Dividend | K | T | | | | | |
| 101. Microchip Technology Inc(MCHP) | A | Dividend | J | T | | | | | |
| 102. Microsoft Corp(MSFT) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 12/05/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Molson Coors Brewing Co(TAP) | A | Dividend | J | T | | | | | |
| 104. Mondelez International(MDLZ) | A | Dividend | J | T | | | | | |
| 105. Morgan Stanley(MS) | A | Dividend | J | T | | | | | |
| 106. Nextera Energy Inc(NEE) | A | Dividend | J | T | | | | | |
| 107. Nike Inc(NKE) | A | Dividend | J | T | | | | | |
| 108. NiSource Inc(NI) | A | Dividend | J | T | | | | | |
| 109. Norfolk Southern Corp(NSC) | A | Dividend | J | T | | | | | |
| 110. Northrop Grumman Corp(NOC) | A | Dividend | J | T | | | | | |
| 111. O Reilly Automotive Inc(ORLY) | A | Dividend | J | T | | | | | |
| 112. Occidental Pete Corp(OXY) | A | Dividend | J | T | | | | | |
| 113. Pepsico Inc(PEP) | A | Dividend | J | T | | | | | |
| 114. Pfizer Inc(PFE) | A | Dividend | J | T | | | | | |
| 115. Philip Morris(PM) | A | Dividend | J | T | | | | | |
| 116. Pioneer National Resources(PXD) | A | Dividend | J | T | | | | | |
| 117. SPDR S&P 500 EFT Trust(SPY) | D | Dividend | K | T | | | | | |
| 118. Stanley Black & Decker(SWK) | A | Dividend | J | T | | | | | |
| 119. Starbucks Corp(SBUX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 12/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SVB Financial Group(SIVB) | A | Dividend | J | T | | | | | |
| 121. T Mobile US Inc(TMUS) | A | Dividend | J | T | | | | | |
| 122. Texas Instruments(TXN) | A | Dividend | J | T | | | | | |
| 123. TJX Companies Inc New(TJX) | A | Dividend | J | T | | | | | |
| 124. Twenty First Century Fox(FOXA) | A | Dividend | J | T | | | | | |
| 125. Union Pacific Corp(UNP) | A | Dividend | J | T | | | | | |
| 126. United Continental Hldgs(UAL) | A | Dividend | J | T | | | | | |
| 127. UnitedHealth Group Inc(UNH) | B | Dividend | J | T | | | | | |
| 128. Vanguard Index Tr(VFIAX) | A | Dividend | J | T | | | | | |
| 129. Vanguard Intl Equity(VGK) | A | Dividend | J | T | | | | | |
| 130. Vertex Pharmaceuticals(VRTX) | A | Dividend | J | T | | | | | |
| 131. Visa Inc(V) | A | Dividend | J | T | | | | | |
| 132. Walgreen Boots Alliance(WBA) | A | Dividend | J | T | | | | | |
| 133. Walt Disney Co(DIS) | A | Dividend | J | T | | | | | |
| 134. Waste Connections Inc(WON) | A | Dividend | J | T | | | | | |
| 135. Wells Fargo & Co(WFC) | A | Dividend | J | T | | | | | |
| 136. Wex Inc(WEX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 12/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Workday Inc(WDAY) | A | Dividend | J | T | | | | | |
| 138. Dodge & Cox Income Fund(DODIX) | A | Dividend | K | T | | | | | |
| 139. Federated Instl Tr High Yield Bd Fd(FIHLX) | A | Dividend | J | T | | | | | |
| 140. John Hancock Income Fund Cl 1(JSTIX) | A | Dividend | K | T | | | | | |
| 141. JP Morgan Tr II Core Bd Fd Cl 1(WOBDX) | A | Dividend | J | T | | | | | |
| 142. JP Morgan TR II High Yield Fd Cl 1(OHYFX) | A | Dividend | J | T | | | | | |
| 143. Lord Abbett Invt Tr Short Duration Income Fd Cl(LOLDX) | A | Dividend | J | T | | | | | |
| 144. Mainstay High Yield(MHYIX) | A | Dividend | K | T | | | | | |
| 145. Pimco Fds Pac Invt Mgmt(PIGIX) | A | Dividend | J | T | | | | | |
| 146. Pimco Total Return Fund(PTTRX) | A | Dividend | K | T | | | | | |
| 147. Rowe T Price Intl Fds Inc(PRXIX) | A | Dividend | J | T | | | | | |
| 148. Rowe T Price New Income(PRXEX) | A | Dividend | K | T | | | | | |
| 149. Vanguard Charlotte Fds(VTABX) | A | Dividend | L | T | | | | | |
| 150. Vanguard Fixed Income(VFIDX) | A | Dividend | J | T | | | | | |
| 151. Vanguard Short Term Bond(VBIRX) | A | Dividend | K | T | | | | | |
| 152. BROKERAGE #3 SEP(H) | | | | | | | | | |
| 153. JP Morgan US Government Money Market Fund(QVESQ) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 12/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Blackrock Index Fds Inc(BTMKX) | C | Dividend | K | T | | | | | |
| 155. Brown Advisory Fds(BAFHX) | A | Dividend | J | T | | | | | |
| 156. Causeway Cap Mgmt Tr(CIVIX) | B | Dividend | K | T | | | | | |
| 157. Dodge & Cox Funds(DODFX) | A | Dividend | J | T | | | | | |
| 158. Harris Assoc Invt Tr(OANMX) | B | Dividend | J | T | | | | | |
| 159. iShares MSCI EAFE ETF(EFA) | A | Dividend | J | T | | | | | |
| 160. JP Morgan Tr 1 US Equity Fd Class L(JMUEX) | B | Dividend | K | T | | | | | |
| 161. Massachusetts Investors Fund(MITIX) | B | Dividend | J | T | | | | | |
| 162. MFS Research Fund(MRSIX) | B | Dividend | K | T | | | | | |
| 163. SPDR S&P 500 ETF Trust(SPY) | E | Dividend | L | T | | | | | |
| 164. Vanguard Index Tr(VFIAX) | B | Dividend | K | T | | | | | |
| 165. Blackrock High Yield Bond Portfolio Class K(BRHYX) | A | Dividend | J | T | | | | | |
| 166. Dodge & Cox Income Fund(DODIX) | A | Dividend | J | T | | | | | |
| 167. Federated Instl Tr High Yield Bd Fd(FIHLX) | A | Dividend | J | T | | | | | |
| 168. John Hancock Income Fund Cl 1(JSTIX) | A | Dividend | J | T | | | | | |
| 169. JP Morgan TR II High Yield Cl 1(OHYFX) | A | Dividend | J | T | | | | | |
| 170. Pimco Fds Pac Invt Mgmt(PIGIX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fricke, Theresa L. | 12/05/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Pimco Short Trem Fund(PTSHX) | A | Dividend | J | T | | | | | |
| 172. Rowe T Price Intl Fds Inc(PRXIX) | A | Dividend | J | T | | | | | |
| 173. Vanguard Charlotte Fds(VTABX) | A | Dividend | K | T | | | | | |
| 174. Vanguard Fixed Income(VFIDX) | A | Dividend | J | T | | | | | |
| 175. Vanguard Short Term Bond(VBIRX) | A | Dividend | J | T | | | | | |
| 176. Whole Life Policy(H) | | | | | | | | | |
| 177. Principal Financial Group, Inc. | A | Dividend | K | T | | | | | |
| 178. State Retirement PERS 2 : prudent risk level-see below | | | | | | | | | |
| 179. State of Washington Department of Retirement Systems | D | Interest | M | T | | | | | |
| 180. Rental Property #1 1/3 ownership Tacoma , Wa | D | Rent | M | W | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 12/05/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theresa L. Fricke**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544